UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 21-3333-DMG (GJSx)** | Date October 19, 2021 |
| Title *Yong Koo v. Kevin W. Peters, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on October 19, 2021 [Doc. # 23], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause dated October 13, 2021 is discharged. [Doc. # 22.]

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|